## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

ANGELA HARDWOOD BRENT, individually, and on behalf of all other similarly situated participants of the William D. Meeker Enterprises, Inc. Employee Stock Ownership Plan, and derivatively on behalf of Nominal Defendant William D. Meeker Enterprises, Inc.,

       Plaintiff,

v.

WILLIAM D. MEEKER, JR., individually, and in his capacity as a Director of William D. Meeker Enterprises, Inc., FRANCES RENEE HAND, individually and in her capacity as a Director of William D. Meeker Enterprises, Inc., DUANE TOLANDER, in his capacity as Trustee of the William D. Meeker Enterprises, Inc. Employee Stock Ownership Plan, WILLIAM D. MEEKER ENTERPRISES. INC., and NACM TAMPA, INC.,

       Defendants.

Case No.:  8:17-cv-2433-EAK-AEP

## ORDER

This matter comes before the Court on review of United States Magistrate Judge Anthony E. Porcelli's Report and Recommendation ("R&R") (Doc. 76), recommending that the Joint Motion for Approval and Ratification of Stipulation

Case No.:  8:17-cv-2433-EAK-AEP

and Settlement Agreement and Motion to Dismiss the Case with Prejudice ("Motion") (Doc. 68) be granted, and the Parties' Stipulation and Settlement Agreement (Doc. 68-1) be approved and ratified with the modifications set forth in Judge Porcelli's R&R and as stated during the September 17, 2018 hearing on the Motion. No Party filed objections to the R&R, and the time for doing so has elapsed.

Under the Federal Magistrate's Act ("Act"), Congress vested Article III judges with the power to "designate a magistrate judge to hear and determine any pretrial matter pending before the court," subject to various exceptions. 28 U.S.C. § 636(b)(1)(A). The Act further vests magistrate judges with authority to submit proposed findings of fact and recommendations for disposition by an Article III judge. 28 U.S.C. § 636(b)(1)(B). "Within fourteen days after being served with a copy [of a Magistrate Judge's Report and Recommendation], any party may serve and file written objections to such proposed findings and recommendations." 28 U.S.C. § 636(b)(1). On review by the district court, "the court shall make a *de novo* determination of those portions of the report . . . to which objection is made." *Id.* When no timely and specific objections are filed, case law indicates the court should review the findings using a clearly erroneous standard. *See Gropp v. United Airlines, Inc.*, 817 F. Supp. 1558, 1562 (M.D. Fla. 1993).

After careful consideration of the R&R, in conjunction with an independent examination of the file, the Court finds that the R&R is well-reasoned, correct, and

Case No.:  8:17-cv-2433-EAK-AEP

not clearly erroneous.  The R&R is thus adopted by the Court and incorporated into this Order by reference.

**ACCORDINGLY**, it is therefore **ORDERED** and **ADJUDGED** that:

1.    Judge Porcelli's Report and Recommendation (Doc. 76) is **ADOPTED**, **CONFIRMED**, and **APPROVED** in all respects and is made a part of this order for all purposes.

2.    The Joint Motion for Approval and Ratification of Stipulation and Settlement Agreement and Motion to Dismiss the Case with Prejudice (Doc. 68) is **GRANTED**.

3.    The Parties' Stipulation and Settlement Agreement (Doc. 68-1) is **APPROVED** and **RATIFIED**, with the modifications set forth in Judge Porcelli's R&R and as stated during the September 17, 2018 hearing.

4.    This case is **DISMISSED WITH PREJUDICE**.  The clerk is directed to close the file.

**DONE** and **ORDERED** in Chambers, in Tampa, Florida this 3RD day of October, 2018.

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Case No.:  8:17-cv-2433-EAK-AEP

Copies Furnished To:

Counsel/Parties of Record